BART M. DAVIS, IDAHO STATE BAR NO. 2696
UNITED STATES ATTORNEY
CHRISTOPHER A. BOOKER, IDAHO STATE BAR NO. 7672
SPECIAL ASSISTANT UNITED STATES ATTORNEY
DISTRICT OF IDAHO
WASHINGTON GROUP PLAZA IV
800 EAST PARK BOULEVARD, SUITE 600
BOISE, ID 83712-7788
TELEPHONE: (208) 334-1211
FACSIMILE: (208) 334-1413

**U.S. COURTS**

**OCT 09 2019**

Rcvd_____Filed_____Time_____
STEPHEN W. KENYON
CLERK, DISTRICT OF IDAHO

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> DAKOTA JAMES SMITH, <br><br> Defendant. | Case No. CR 19-0319-S-DCN <br><br> **INDICTMENT** <br><br> 18 U.S.C. § 922(g)(1) <br> 18 U.S.C. § 924(d) <br> 28 U.S.C. § 2461(c) |

The Grand Jury charges:

### COUNT ONE

**Unlawful Possession of a Firearm**
**18 U.S.C. § 922(g)(1)**

On or about August 20, 2019, in the District of Idaho, the defendant, DAKOTA JAMES SMITH, knowing that he had been convicted of a crime punishable by imprisonment for a term exceeding one year, that is: Possession of a Controlled Substance, entered on or about December 20, 2011, in case number CR-2011-0027202*C, in the Third Judicial District of Idaho, in and for the County of Canyon, did knowingly possess a firearm, to wit: a Cobra .380 caliber pistol,

INDICTMENT - 1

bearing serial number FS1069451, which had been shipped and transported in interstate and foreign commerce, in violation of Title 18, United States Code, Section 922(g)(1).

**CRIMINAL FORFEITURE ALLEGATION**
**Firearm Forfeiture**
**18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c)**

Upon conviction of the offenses alleged in this Indictment, the defendant, DAKOTA JAMES SMITH, shall forfeit to the United States, any firearms or ammunition involved in or used in the commission of the offense. The property to be forfeited includes, but is not limited to, the following:

1. <u>Seized Property.</u> Cobra .380 caliber pistol, serial number FS1069451, and approximately 8 rounds of .380 caliber ammunition.

2. <u>Substitute Assets.</u> Pursuant to 21 U.S.C. § 853(p) and other applicable statutes, the government will seek forfeiture of substitute assets, "or any other property of the defendant" up to the value of the defendant's assets subject to forfeiture. The government will do so when the property subject to forfeiture cannot be forfeited for one or more of the following reasons:

   a. Cannot be located upon the exercise of due diligence;

   b. Has been transferred or sold to, or deposited with, a third person;

   c. Has been placed beyond the jurisdiction of the court;

   d. Has been substantially diminished in value; or

   e. Has been commingled with other property which cannot be subdivided without difficulty.

**INDICTMENT - 2**

Dated this __9__ day of October, 2019.

                                      A TRUE BILL

                                      /s/ [signature on reverse]
                                      _____
                                      FOREPERSON

BART M. DAVIS
UNITED STATES ATTORNEY
By:

_____
CHRISTOPHER A. BOOKER
SPECIAL ASSISTANT UNITED STATES ATTORNEY

**INDICTMENT** - 3